IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM RUHRER,<br><br>Defendants. | No. 25-CR-04066<br><br>**INDICTMENT**<br><br>**Count 1**<br>18 U.S.C. §§ 924(a)(1)(A): False Statement During Purchase of Firearm |

The Grand Jury charges:

**Count 1**

**False Statement During Purchase of a Firearm**

On or about October 26, 2025, in the Northern District of Iowa, defendant ABRAHAM RUHRER, in connection with his acquisition of a firearm, a Derya Arms, Model TM22-A-18, .22 caliber rifle, knowingly made false statements and representations to Fleet Farm, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Fleet Farm, in that defendant represented that he had never been adjudicated as a mental defective or committed to a mental institution, when in fact defendant has been subject to a court order adjudicating him as a mental defective.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

[redacted] 12-17-25

Grand Jury Foreperson Date

LEIF OLSON
United States Attorney

By: [signature]

RON TIMMONS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 12.17.2025
PAUL DE YOUNG, CLERK