**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 5:25-cr-04066-LTS-KEM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **JOINT TRIAL STATUS** |
| **ABRAHAM MALACHI RUHRER,** | ) | **REPORT** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

The parties respectfully submit this Joint Trial Status Report, pursuant to the Criminal Trial Management Order.

(A) The trial for Mr. Ruhrer is estimated to last three to four days.

(B) The defendant may call three witnesses. The government intends to call five to seven witnesses.

(C) The are no unusual legal or evidentiary issues at this time.

(D) The parties consent to having a United States Magistrate Judge preside over jury selection.

(E) The government has represented that as of today's date, 28 days have elapsed, and the speedy trial clock is currently stopped. Trial is scheduled to begin November 16, 2026, and the following day would be the 29th day on the speedy trial clock.

The parties have conferred, and Assistant United States Attorney Ron Timmons has reviewed this Joint Trial Status Report which represents the parties' positions and agrees with its content.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, IA 50309
Telephone: (515) 309-9610
Fax: (515) 309-9625
E-mail: phil_jose@fd.org

By: */s/ Phillip F. Jose*
PHILLIP F. JOSE
ATTORNEY FOR DEFENDANT

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101
Telephone: 712-252-4158
E-mail: Timothy_Herschberger@fd.org

By: /s/ Tim Herschberger
TIM HERSCHBERGER
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on October 20, 2026, I filed this document via ECF, which will serve notice of its filing to the appropriate parties

*/s/ Geralynn Fjeldheim*