# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ABRAHAM MALACHI RUHRER,<br>Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 25-CR-4066-LTS-KEM<br>Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge<br>Deputy Clerk: jag<br>Official Court Record: FTR Gold Contract? --<br>Contact Information: -- |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: | 11/10/2026 | Start: | 10:34 a.m. | Adjourn: | 10:55 a.m. | Courtroom: | SC First Floor | | |
| Recesses: | | | | Time in Chambers: | | | | Telephonic? | No |
| Appearances: | Plaintiff: | AUSA Ronald Timmons | | | | | | | |
| | Defendant: | AFPD Phil Jose (defendant appears personally) | | | | | | | |
| | U.S. Probation: | n/a | | | | | | | |
| | Interpreter: | | Language: | | Certified: | | Phone | | |
| | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No | |
| | Defendant pleaded GUILTY to Count: | 1 of the Superseding Indictment | | | | |
| | Defendant is | | Detained | X | Released | |
| | **Witness/Exhibit List is** | Government Exhibit 1 (Plea Agreement to be filed) Received. | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | |
| | **Miscellaneous:** | Defendant placed under oath. Defendant competent, understands charges, there is a factual basis found, knows maximum punishment and jury trial rights. Plea is voluntary. Court finds defendant should be adjudged guilty based on his plea of guilty. USP to prepare a PSIR. | | | | |